UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
APR 12 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| SHARON BRIDGEWATER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-00615-UNA |
| ) | |
| DONALD J. TRUMP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter comes before the court on review of Plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint without prejudice.

Complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff's cause of action appears to arise out of apparent disapproval of the current President of the United States and Attorney General of the United States. Plaintiff attaches an article from an unknown online news source which describes USCIS's internal policy memorandum regarding H-1B Petitions. However, Plaintiff does nor provide any facts or argument as to how this policy relates to her. Furthermore, Plaintiff fails to relate this policy to any specific cause of action and fails to allege the damages she has sustained. Therefore, the Court is not provided any information at this time regarding the substance or merits of the complaint, and dismissal is appropriate pursuant to Federal Rule 8(a).

The remaining Motions filed by the Plaintiff are denied as moot.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: 4/11/18

_____
United States District Judge